IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01395-RPM

MICHAEL BAWOL,

        Plaintiff,

v.

DISTRIBUTION PLUS, INC., d/b/a and/or
a/k/a DPI ROCKY MOUNTAIN d/b/a and/or
a/k/a DPI-FOOD PRODUCTS COMPANY,
d/b/a and/or a/k/a FOOD PRODUCTS COMPANY,

        Defendant.

---

## ORDER SETTING SCHEDULING CONFERENCE

Pursuant to D.C.COLO.LCivR 16.2A and 29.1,  it is

ORDERED that a scheduling conference will be held on **December 22, 2005, at 3:00 p.m.** in Courtroom A, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **www.cod.uscourts.gov/judges_frame.htm** and use the format provided with those instructions.  Proposed orders are to be double-spaced.  In addition, the proposed Scheduling Order in WordPerfect format shall be submitted by e-mail to

**Matsch_Chambers@cod.uscourts.gov**.

Dated:  November 4, 2005

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge