# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-1395-RPM-BNB

MICHAEL BAWOL,

Plaintiff,

v.

DISTRIBUTION PLUS, INC., d/b/a and/or a/k/a DPI ROCKY MOUNTAIN d/b/a and/or a/k/a DPI-FOOD PRODUCTS COMPANY, d/b/a and/or a/k/a FOOD PRODUCTS COMPANY,

Defendant.

## ORDER OF DISMISSAL

THIS MATTER coming before the Court on Plaintiff's and Defendant's Joint Stipulation for Dismissal with Prejudice, and the Court having examined said Stipulation,

IT IS HEREBY ORDERED, that all claims asserted by Plaintiff and Defendant are dismissed with prejudice, each side to pay his or its own attorney's fees and costs.

DATED this 22nd day of December, 2005.

BY THE COURT:

s/Richard P. Matsch

United Stated District Court Judge